JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-01143-RGK (SPx) | Date | September 30, 2020 |
|---|---|---|---|
| Title | *Fernando Gastelum v. Blythe LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Dismissing Action for Lack of Prosecution**

On June 24, 2020, this Court issued an OSC re Lack of Prosecution, allowing Plaintiff to respond in writing no later than July 1, 2020. To date, no response has been filed. Therefore, the Court hereby **dismisses** the action in its entirety for lack of prosecution pursuant to Fed. R. Civ. P 41(b).

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer     jre